No. 93–899. POOLE ET AL. *v.* CITY OF KILLEEN ET AL. C. A. 5th Cir. Certiorari dismissed as to Lorraine Poole under this Court's Rule 46.

JANUARY 6, 1994

No. A–549. WELLS, BY AND THROUGH KEHNE *v.* ARAVE, WARDEN. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. JUSTICE GINSBURG would grant the motion to proceed *in forma pauperis* without an affidavit of indigency. Having considered the lodged petition for writ of certiorari filed by an alleged next friend, she would deny it, and therefore votes to deny the attendant application for stay of execution. JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application for stay of execution.

JANUARY 10, 1994

No. 93–809. PEAK COMPUTER, INC., ET AL. *v.* MAI SYSTEMS CORP. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 93–810. SEARLE *v.* MORGAN. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 93–281. FONTROY *v.* OWENS ET AL. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Helling* v. *McKinney,* 509 U. S. 25 (1993).